UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT                 :        ss: New Haven, July 14, 2021
                                     :
                                     :
COUNTY OF NEW HAVEN                  :


I, Daniel Veale, A Special Agent of the Federal Bureau of Investigation ("FBI"), New Haven

Division, being duly sworn, deposes and says the following:

I.      **INTRODUCTION**

1.      I am an investigative or law enforcement officer of the United States within the meaning

of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct

investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section

2516.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been

employed by the FBI since June of 2014. I have been assigned to the FBI's New Haven, Connecticut Field

Office, and, more specifically, to the New Haven Safe Streets Gang Task Force ("Task Force"). As a

member of the Task Force, I have participated in narcotics-related investigations resulting in state and

federal convictions of individuals for narcotics trafficking offenses. I have also coordinated controlled

purchases of controlled substances utilizing confidential sources. I have conducted and coordinated

electronic and physical surveillance of individuals involved in the illegal distribution of controlled

substances. I have analyzed records documenting the illegal purchase of and sale of controlled

substances.  I have participated in multiple Title III wiretap investigations. I have debriefed cooperating

sources and drug distributors, as well as other local, state and federal law enforcement officers,

regarding the manner and means employed by narcotics traffickers, including the manner in which

narcotics traffickers obtain, store, manufacture, transport, package and distribute their illegal drugs,

finance their distribution operations, and conceal and launder the corresponding drug proceeds.

3.     The Task Force I am currently assigned to includes special agents of the FBI, and law

enforcement officers with the New Haven Police Department ("NHPD"), the Milford Police Department

("MPD"), the East Haven Police Department ("EHPD"), the West Haven Police Department ("WHPD"),

the Connecticut State Police ("CSP"), and the Connecticut Department of Correction ("DOC").  I am one

of the case agents directing an investigation into narcotics traffickers operating in and around the New

Haven area. I have participated fully in this investigation and, as a result of this participation and

information received from other law enforcement officers, I am thoroughly familiar with the

circumstances of the investigation and the information set forth in this affidavit.

4.     The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. This affidavit is intended to

show merely that there is sufficient probable cause for the requested warrant and does not set forth all

of my knowledge about this matter.

II.     **PROBABLE CAUSE**

5.     The New Haven Police Department, West Haven Police Department and the FBI have

conducted and is conducting a criminal investigation of ZAQUAWN ARRINGTON, DOB: \*\*/\*\*/1999, and

others, regarding violations of the Target Offenses.

6.     Based on the investigation to date, I believe that ZAQUAWN ARRINGTON, MICHAEL

ROLLINS, and others are running a cocaine and cocaine base (crack) distribution operation involving

multiple individuals who operate all hours of the day and night, every day of the week, and uses "work"

cellphones for street-level sales, as well as personal cellphones for distribution. Members of the drug

trafficking organization (hereafter: "DTO") typically purchase powder cocaine from a source of supply

and cook powder cocaine into crack cocaine, which is then distributed to members if the DTO for further

2

re-distribution. The focus of the distribution operation is mainly based out of an area known as the "Hill," which is a section of New Haven that has been plagued with homicides, shootings, and robberies.

7.       Drugs are ordered by customers through calls to and from the "work" telephones maintained by members of the DTO, typically operating vehicles registered to female associates, who deliver the drugs. The DTO originated in the "Hill" neighborhood and has been involved in narcotics distribution for the majority of the last decade.

8.       On November 21, 2020, MICHAEL ROLLINS was arrested by New Haven Police Department (NHPD) for a parole absconder arrest warrant. Law enforcement seized approximately $10,710, three cellular devices, and approximately 21.04 grams of suspected cocaine from inside a Maserati he was operating at the time of his arrest.

9.       After his arrest, MICHAEL ROLLINS engaged in a recorded post-Miranda interview. MICHAEL ROLLINS said he was the driver of the Maserati, but initially said he was not aware that there were illegal narcotics seized. MICHAEL ROLLINS further advised that if he was driving around with approximately $15,000 in the vehicle, he wouldn't have drugs in the vehicle as well. MICHAEL ROLLINS indicated that if drugs were found in the car he didn't want "her," to go to jail, referring to Demani BROWN, a passenger in the Maserati at the time of his arrest.

10.      MICHAEL ROLLINS said that the cocaine seized from the vehicle did not belong to him or BROWN. Rollins advised that he searched through the vehicle prior to leaving from North Carolina with $15,000 in the trunk. MICHAEL ROLLINS said that he was aware of the warrant and didn't want to ride around with drugs. MICHAEL ROLLINS said that he wanted to take the charge for the drugs so that BROWN wouldn´t get charged but emphasized that he was unaware of the drugs being in his vehicle.

11.      MICHAEL ROLLINS stated that North Carolina is different from Connecticut. In North Carolina a lot of individuals carry firearms. Being caught with a firearm in North Carolina as a felon would result in a 9 to 12 months jail sentence. When asked if he carries a firearm, MICHAEL ROLLINS

3

laughed and stated, "You caught me on the right day." And further stated, "If you would've caught me on the right day it been a bunch of different shit but." MICHAEL ROLLINS stated that it's easier to purchase a firearm in North Carolina. If you´re 18 with no record you can by an AK, AR-15, or "Draco" in North Carolina. When asked to describe his firearm, Rollins stated, "It got a 40 on it." Law enforcement believes that MICHAEL ROLLINS was referring to a firearm with an extended magazine capable of holding 40 rounds of ammunition.

12.     Later, MICHAEL ROLLINS stated that the narcotic seized from the vehicle was cocaine, not crack cocaine. It was in a plastic bag tied with a knot, and MICHAEL ROLLINS advised that he sold powder cocaine in ounce quantities. In North Carolina, cocaine is sold for $65 a gram. MICHAEL ROLLINS further advised that the cocaine is more expensive in North Carolina because the towns have less people and it is more difficult to get product. MICHAEL ROLLINS further stated, "When I'm riding around when I got money all my drugs is gone." MICHAEL ROLLINS advised that he used to live in North Carolina. He also said he does not distribute heroin because of the risk of fentanyl killing people.

13.     On December 2, 2020, the Honorable Sarah A. L. Merriam, United States Magistrate Judge, signed orders authorizing the search of the three cellular devices seized from MICHAEL ROLLINS on November 21, 2020. Subsequent to the court's authorization, your Affiant searched an iPhone 11 Pro Max, assigned phone number: ***-***-3210, (hereafter: "Rollins Phone"), believed to have been utilized by MICHAEL ROLLINS in furtherance of the Subject Offenses.

14.     A search of Rollins Phone revealed an iMessage conversation string between phone number (203) 464-5846 (hereafter: "ARRINGTON PHONE 1") and Rollins Phone between August 21, 2020 through November 19, 2020. A review of the Contacts section revealed that the ARRINGTON PHONE 1 was labeled with the name "1090".

15.     Records provided by the Connecticut Department of Corrections revealed that the ARRINGTON PHONE 1 was associated with ZAQUAWN ARRINGTON, 159 Blachly Ave, New Haven, CT.

4

The ARRINGTON PHONE 1 is subscribed to "No NAME" with the address 6500 Emerald PY, Dublin, OH 43016 and is in the custody and control of Verizon Wireless (the "Service Provider).

16.     A review of the iMessage conversation string between the ARRINGTON PHONE 1 and Rollins Phone revealed the following iMessages believed to involve the trafficking of narcotics by the DTO.

17.     On August 26, 2020, at 12:39 p.m., Rollins Phone received the following incoming iMessages from the ARRINGTON PHONE 1, "He said 48 it's his other nigga down the street" and approximately four minutes later, "I kould bring 100?". At 1:07 p.m., Rollins Phone responded, "If u want". I believe, based on my training and experience, that when the ARRINGTON PHONE 1 sent the iMessage "He said 48" it was in reference to the cost for a gram of cocaine and further when the ARRINGTON PHONE 1 sent the iMessage "I kould bring 100?", it was a reference to a quantity of 100 grams. As referenced in paragraph 12, MICHAEL ROLLINS stated that cocaine is sold for $65 a gram in North Carolina. I believe that members of the DTO purchased cocaine in Connecticut then transported it to North Carolina to sell.

18.     On September 01, 2020, at 2:55 p.m., Rollins Phone received the following incoming iMessages from ARRINGTON PHONE 1, "He said after 4 Brodie ya mans not around ? I needa get right" and approximately less than a minute later, "Idk what u wanna do". I believe, based on my training and experience, that when the ARRINGTON PHONE 1 sent the iMessage "I needa get right" it was about purchasing narcotics.

19.     On November 02, 2020, at 2:48 p.m., Rollins Phone received the following incoming iMessages from the ARRINGTON PHONE 1, "I just hit him he ain't hit me back see if he kould grab 10 more on top of that Brodie" and at approximately 3:41 p.m., "I'm home Brodie". I believe, based on my training and experience, that when the ARRINGTON PHONE 1 sent the iMessage "see if he kould grab 10 more on top of that" it was in reference to purchasing narcotics.

20.     On November 04, 2020, at 9:43 p.m., Rollins Phone received the following incoming iMessage from the ARRINGTON PHONE 1, "U up". The following iMessage conversation string was between Rollins Phone and ARRINGTON PHONE 1 on November 05, 2020.

- 1:36 a.m. - outgoing to ARRINGTON PHONE 1: "Yea"
- 6:05 a.m. - incoming from ARRINGTON PHONE 1: "U up"
- 7:20 a.m. - outgoing to ARRINGTON PHONE 1: "Just got back up"
- 7:20 a.m. - outgoing to ARRINGTON PHONE 1: "U up"
- 7:20 a.m. - incoming from ARRINGTON PHONE 1: "Yea @ peanut Krib"
- 7:21 a.m. - outgoing to ARRINGTON PHONE 1: "Ok"
- 1:36 p.m. - incoming from ARRINGTON PHONE 1: "Shorty said all the jugs b n ayden at the stores"
- 1:38 p.m. - outgoing to ARRINGTON PHONE 1: "Ite"
- 1:39 p.m. - outgoing to ARRINGTON PHONE 1: "U on it lol"
- 1:40 p.m. - incoming from ARRINGTON PHONE 1: "Hell yeah only thing is we gotta be blixked up or don't bring bloody red Kuz right that's we're them grape [emoji of grapes] niggas be at but they don't know me [emoji of 100]"
- 1:43 p.m. - outgoing to ARRINGTON PHONE 1: [laughing emojis]
- 1:47 p.m. - incoming from ARRINGTON PHONE 1: [laughing emojis] we gotta get rell man he gone be like man these my kousins [laughing emojis]"
- 1:47 p.m. - outgoing to ARRINGTON PHONE 1: "Hell yea"
- 1:48 p.m. - outgoing to ARRINGTON PHONE 1: "We gotta do something it's slow as Fuck right now"
- 1:51 p.m. - incoming from ARRINGTON PHONE 1: "I already know Brodie she said new newborn & bethel & Kingston"
- 2:38 p.m. - outgoing to ARRINGTON PHONE 1: "I'm leaving u down here ima b right back"
- 2:39 p.m. - incoming from ARRINGTON PHONE 1: "Whaat [laughing emojis]"
- 2:41 p.m. - outgoing to ARRINGTON PHONE 1: "[laughing emoji] nah I was going to go get my son today"
- 2:41 p.m. - incoming from ARRINGTON PHONE 1: "Shxt ima ride I need more cloths anyway"
- 2:42 p.m. - outgoing to ARRINGTON PHONE 1: "Ite"
- 8:39 p.m. - outgoing to ARRINGTON PHONE 1: "U came out yet"
- 8:40 p.m. - incoming from ARRINGTON PHONE 1: "Yeah at red house"
- 8:40 p.m. - outgoing to ARRINGTON PHONE 1: "In griffon"
- 8:40 p.m. - incoming from ARRINGTON PHONE 1: "Greenville"
- 8:42 p.m. - outgoing to ARRINGTON PHONE 1: "U tryna leave tonight"
- 8:44 p.m. - incoming from ARRINGTON PHONE 1: "Up to you Brodie"
- 8:44 p.m. - outgoing to ARRINGTON PHONE 1: "Ok"

21.     Based on my training and experience, I know that "jugs" is a reference to individuals who purchase narcotics. When the ARRINGTON PHONE 1 sent the iMessage, "Shorty said all the jugs b n ayden at the stores" I believe it was a reference to potential narcotics customers in Ayden, North

Carolina. I believe that when the ARRINGTON PHONE 1 sent the iMessage "Hell yeah only thing is we gotta be blixked up or don't bring bloody red Kuz right that's we're them grape [emoji of grapes] niggas be at but they don't know me [emoji of 100]" it was a reference carrying a firearm because of the threat of rival gang members. Based on my training and experience, I know that "blick" is a reference to a firearm and I believe that "grape niggas" is a reference to individuals associated with Grape Street Watts Crips, a Crips subset. Based on my training and experience, I know that Bloods gang members will often not use the letter "C' when sending text-based messages because of the rivalry between the Bloods and Crips. As outlined in paragraphs 18 through 21, the ARRINGTON PHONE 1 replaced "C" for "K" in many of the iMessages from the ARRINGTON PHONE 1 to Rollins Phone. I further believe that the ARRINGTON PHONE 1 and MICHAEL ROLLINS travelled from Connecticut to North Carolina to sell narcotics.

22.    On November 12, 2020, at 5:47 p.m., Rollins Phone received the following incoming iMessages from the ARRINGTON PHONE 1, "They said it's fire [fire emojis and heart eyes emoji] but this lost 3 unless u only cooked 15 Brodie". Approximately six minutes later Rollins Phone responded, "It weighed 17 when I weighed it". Based on my training and experience, I believe that when the ARRINGTON PHONE 1 sent the iMessage "They said it's fire" it was a reference to the high quality of narcotics and when the ARRINGTON PHONE 1 sent the iMessage "but this lost 3 unless u only cooked 15" it was a reference to the weight in grams of crack cocaine that was cooked by MICHAEL ROLLINS or an associate of his.

23.    On December 12, 2020, at 9:22 a.m., MICHAEL ROLLINS placed a call through a calling system provided by the Connecticut Department of Correction (CT-DOC) to the ARRINGTON PHONE 1. During the conversation MICHAEL ROLLINS stated, "That nigga call you that (unintelligible)? ARRINGTON asked, "Who?" MICHAEL ROLLINS stated, "That nigga Xlin (SP). ARRINGTON asked, "Who?" MICHAEL ROLLINS responded, "Nigga named X, he, he live in Fair Haven. ARRINGTON asked, "Who's it?" MICHAEL ROLLINS responded, "The dark skin nigga with braids." ARRINGTON asked, "The nigga named Xlin (SP).

No, no, no [Cross-Talk] Oh, the nigga that used to call the phone." MICHAEL ROLLINS stated, "No, I told

him to call your phone." [Cross-Talk] MICHAEL ROLLINS stated, "He living on Ferry. He got a crib on Ferry

and everything. You heard me?" ARRINGTON asked, "His name X?" MICHAEL ROLLINS responded, "His

name X, black ass." ARRINGTON asked, "You said his name X?" MICHAEL ROLLINS responded, "Yea, his

name X but um he live on Ferry. I'm gonna give you his number um, matter of fact I'm gonna have Cara

text it to you later so you call that and you gotta get in touch with that nigga so you could get it, fuck

with that nigga over there. He said that shit, he got a whole crib right there by the store on Ferry."

ARRINGTON responded, "Alright." MICHAEL ROLLINS continued, "Ferry and um, what's that [Cross-Talk].

Cause he know Funny." ARRINGTON stated, "Yeah." MICHAEL ROLLINS stated, "He know funny but I had

giving him your number when he was going home. He trying to spend a buck. I'm like yea call this

number right here." I believe, based on my training and experience that MICHAEL ROLLINS is continuing

to coordinate distribution of narcotics with members of the DTO from the correctional facility he was

located at during the phone call. When MICHAEL ROLLINS stated, "He trying to spend a buck." I believe

it was a reference to the purchase of narcotics.

      24.     On January 9, 2021, ZAQUAWN ARRINGTON was arrested by the West Haven Police

Department for charges of Illegal Operation of a Motor Vehicle Under Suspension, Possession with

Intent Narcotics Substance, and Possession of a Controlled Substance over one-half ounce Cannabis.

      25.     On January 9, 2021, investigators from the West Haven Police Department conducted

physical surveillance in the area of 880 First Avenue, West Haven, CT (hereafter, "the building"), known

to investigators to be an area of high narcotics activity. During the physical surveillance, investigators

observed a white Nissan Sentra bearing NY reg. HPY-8564, later determined to have been operated by

ZAQUAWN ARRINGTON, meet with a male in the area of the building. The male engaged in a short

exchange, approximately less than ten seconds, with the operator of the Nissan Sentra. West Haven

Police Department initiated a traffic stop of the Nissan Sentra soon after. Upon being stopped,

ZAQUAWN ARRINGTON advised that he stopped to see a friend on "Third Street" but did not provide further details.

26.     Upon a search being initiated on his person, ZAQUAWN ARRINGTON advised that he had "a little coke" in his possession before removing a one-dollar bill from his pants which contained a white powdery substance consistent with powdered cocaine. Investigators discovered a clear plastic sandwich bag in the area of where ZAQUAWN ARRINGTON was standing which contained (43) forty-three green tinted zip-lock bags, (4) four clear zip-lock backs and (1) one clear knotted plastic bag all containing an off-white rock/chunk like substance consistent with crack cocaine (approximately 9.9 grams packaged). Investigators believe that the sandwich bag was dropped by Arrington.

27.     A search of the Nissan Sentra was conducted, and two cellular phones were located and seized from the vehicle. A black AT&T flip phone was located in a cup holder and an iPhone which was contained within a black and orange protective case was found on the passenger seat.  A further search of ZAQUAWN ARRINGTON's person revealed he had $763.00 in U.S. currency. The currency was made up of mostly smaller denominations, which the affiants believe based on training and experience, to be indicative of illegal drug proceeds.

28.     A field test of a sample of the off-white rock/chunk like substance revealed the positive presumptive presence of cocaine. A field test of a sample of the white powdery substance revealed the positive presumptive presence of cocaine.

29.     On January 20, 2021, investigators from the West Haven Police Department obtained orders authorizing the search of the two phones seized from ZAQUAWN ARRINGTON, a black AT&T flip phone (hereafter: "ARRINGTON PHONE 2") and an iPhone which was contained within a black and orange protective case. A search of the iPhone seized on January 20, 2021 revealed it to be associated with phone number (203) 464-5846 (ARRINGTON PHONE 1).

30.     A review of the ARRINGTON PHONE 1 revealed a Facebook Messenger conversation between "Ebk Zay" (Facebook ID 100001926149177), an account associated with ZAQUAWN ARRINGTON and "Dave Williams (Facebook ID 100000688778559) on December 9, 2020 revealed the following message string:

- 11:22 p.m. – incoming to Ebk Zay: "That's a red dot?"
- 11:23 p.m. – outgoing from Ebk Zay: "Yea an flash light"
- 11:24 p.m. – incoming to Ebk Zay: "Nigge out here thinking he black ops now [emoji of crying face]"
- 11:25 p.m. – outgoing from Ebk Zay: [emoji of 100, emoji of laughing face, emoji of laughing face] bouta put this on the glitzy"
- 11:30 p.m. – incoming to Ebk Zay: "Nigge take this shit down you hot"
- 11:33 p.m. – outgoing from Ebk Zay: "I did"
- 11:38 p.m. – incoming to Ebk Zay: "Good lol"
- 11:38 p.m. – incoming to Ebk Zay: "That's the beretta and the sig?"
- 11:39 p.m. – outgoing from Ebk Zay: "Nah glock 9 am zig"
- 11:40 p.m. – incoming to Ebk Zay: "The black one the glock, you can tell shit square asf [emoji of crying face]
- 11:46 p.m. – incoming to Ebk Zay: "Nigge how man guns you got"
- 11:52 p.m. – outgoing from Ebk Zay: "7 gunz around 2 choppas [emoji of laughing face]"

I believe, based on my training and experience that when the Ebk Zay account sent the message: "7 gunz around 2 choppas", the "choppas" was a reference to rifles.

31.     A review of the ARRINGTON PHONE 1 revealed the following video and images of note:

- IMG_0004.JPG, taken on 12 August 2020 at 5:06PM (UTC-5), depicted three pistols, a beige colored Polymer80 with an extended magazine and no visible serial number or caliber, a green and black colored Taurus, model G2C 9mm, serial number AAL033352, and a black colored SCCY, model CPX-2 9mm, with no visible serial number.



- IMG_0370.JPG, taken on 13 November 2020 at 12:13PM (UTC-5), depicted a dark skinned male, suspected to be Zaquawn Arrington, sitting on a bed while holding what appeared to be two black colored semi-automatic pistols. Also captured in the photo was a stack of what appeared to be US currency, and a clear plastic bag with "#7" printed on it, which appeared to contain smaller dark colored bags.



- IMG_0381.HEIC, taken on 17 November 2020 at 12:33AM (UTC-5), depicted a black colored Saiga AK47 rifle with a high-capacity magazine. Additional information was stamped into the side of the rifle, but due to the quality of the image was not legible. Analysis of metadata associated with the image identified that the photo was taken with an Apple iPhone 7 Plus, at latitude 41.306105, longitude -72.898842. An open-source search for 41.306105, -72.898842 identified the address 159 Blatchley Avenue, New Haven, Connecticut 06513.



- IMG_0439.JPG, a photo of a dark-skinned colored hand holding a black colored Beretta PX4, 9mm pistol, serial PX170499, image file created date 9 December 2020 at 11:17PM (UTC-5), and IMG_0498.JPG, a photo of a silver-colored Para 15-45 Limited, 45 caliber pistol, serial P207002, image file dated 25 December 2020 at 2:30PM (UTC-5), on what appeared to be bedding. Analysis identified IMG_0439 as having been texted from 203-464-5846 to 475-209-0400 on 16 December 2020, at 2:29PM (UTC-5), 475-209-0400 responding "I can see if I can get u another one." In the same text string, on 25 December 2020 at 2:30PM (UTC-5), 203-464-5846 texted IMG_0498 to 475-209-0400, "Trade me."





- IMG_0363.MP4, created on 11 November 2020 at 6:46AM (UTC-5), depicted a dark-skinned male, suspected to be Zaquawn Arrington, breaking apart a green plant like substance onto a countertop, then handling what appeared to be semi-automatic, AR style rifle. At one point in the video, Arrington released the magazine from the rifle and held it to the camera, which showed several rounds of ammunition loaded into the magazine. The attached images are screenshots from the video.

32.     A review of the ARRINGTON PHONE 2 revealed messages indicative of narcotics

transactions. For example, on January 8, 2021 and January 9, 2021 the ARRINGTON PHONE 2 received

the following incoming messages from phone number ***-***-2351 (hereafter: "PH2351"), "Come see

me its worth it hurry", "Coming", "How long now", "Ok bby", "How long h thing", "I'm outside", "Its

worth it come please how long". On January 9, 2021 the ARRINGTON PHONE 2 received the following

incoming message from phone number ***-***-5122 (hereafter: "PH5122"), "Bro let me no when u get

here my boy for Real bro is to cold am goin keep Walking". I believe, based on my training and

experience, that the users of PH2351 and PH5122 contacted the ARRINGTON PHONE 2 to arrange the purchase of narcotics from ZAQUAWN ARRINGTON.

33.     A review of an Instagram account, "ebkzay_", an account believed to be utilized by ZAQUAWN ARRINGTON revealed the following post believed to have been sent by ZAQUAWN ARRINGTON on June 26, 2021:



I believe, based on my training and experience, that "Tap n" is slang used over social media applications by individuals who distribute narcotics for customers to contact them if they would like to make a purchase. In the Instagram post, I believe that ZAQUAWN ARRINGTON was soliciting for customers who would like to purchase the illegal narcotics pictured for $20 per bag.

34.     A review of a Facebook account, "Ebk Zay", an account believed to be utilized by ZAQUAWN ARRINGTON revealed the following post believed to have been sent by ZAQUAWN ARRINGTON on July 2, 2021:



I believe, based on my training and experience, that "trap mode" is slang for the distribution of illegal narcotics.

35.     On June 22, 2021, ZAQUAWN ARRINGTON was involved in an incident with NHPD in which members of NHPD attempted to stop ZAQUAWN ARRINGTON based on information provided by a Confidential Informant (CI) that a black male matching the physical description of ZAQUAWN ARRINGTON had a handgun at a Mobil Gas Station located in New Haven, CT. Soon after, members of the NHPD made contact with ZAQUAWN ARRINGTON in area of Washington Avenue and West Street, New Haven, CT. Upon members of NHPD attempted to detain ZAQUAWN ARRINGTON while he was in a vehicle, he placed the vehicle into reverse striking a vehicle parked directly behind him. ZAQUAWN

ARRINGTON then made a U-turn and accelerated out of the area at a high rate of speed. As a result of the incident, NHPD applied for and obtained an arrest warrant for ZAQUAWN ARRINGTON.

36.     On July 6, 2021, members of NHPD observed ZAQUAWN ARRINGTON inside a vehicle parked in the area of his residence located at 159 Blatchley Avenue, New Haven, CT. ZAQUAWN ARRINGTON was observed exiting the vehicle and walk to the rear yard of 159 Blatchley Avenue. Shortly after, ZAQUAWN ARRINGTON was observed walking from the rear yard towards his vehicle. Members of NHPD converged to take ZAQUAWN ARRINGTON into custody for the arrest warrant detailed in paragraph 35. ZAQUAWN ARRINGTON fled through the rear yard of 159 Blatchley Avenue into the front yard where he was placed into handcuffs.

37.     Upon being taken into custody, ZAQUAWN ARRINGTON began screaming for someone to go to his vehicle. ZAQUAWN ARRINGTON had a black bag on his person which contained approximately $580.77 in cash and a black Samsung cell phone. Additionally, ZAQUAWN ARRINGTON had two additional cell phones.

38.     Investigators searched the interior of the vehicle ZAQUAWN ARRINGTON was observed exiting and located 53 small blue Ziploc bags all containing a white rock-like substance and two clear knotted bags each containing a white rock-like substance. The vehicle was not registered or insured.

39.     A search of ZAQUAWN ARRINGTON's path of travel as he fled from NHPD upon initial contact revealed a clear sandwich bag containing four knotted bags filled with a white rock-like substance. The white rock-like substance was tested yielding positive results for the presumptive presence of cocaine base. The total weight of the suspected cocaine base was 25.32 grams (packaged)

III.    **AUTHORIZATION REQUEST**

40.     As set forth above, there is probable cause to believe and I do believe that ZAYQUAWN ARRINGTON has committed a violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C)

16

(Possession with Intent to Distribute a Controlled Substance), set forth herein and therefore,

respectfully request the issuance of the specified arrest warrants by criminal complaint.

41.     Issuance of this application, including the affidavit and search warrant, is requested

based on information communicated by telephone or other reliable electronic means pursuant to Fed.

R. Crim. P. 4(d) and Fed. R. Crim. P. 4.1, based on the ongoing public health crisis related to the COVID-

19 pandemic, and state of emergency declared by the Governor of the State of Connecticut.


_____
Daniel Veale
Special Agent
Federal Bureau of Investigations

The truth of the foregoing affidavit has been attested to me by Special Agent Daniel Veale over the telephone on this 14 day of July, 2021


_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE